IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

RANDY DUNN,                                                               3:10-CV-1178-MA

        Plaintiff,                                                     ORDER

v.

MICHAEL ASTRUE,
Commissioner of Social
Security,

        Defendant.

Based on the lack of opposition of the defendant, attorneys fees in the amount of $5662.90 are awarded to plaintiff's attorney pursuant to the Equal Access to Justice Act, subject to any offset allowed under the Treasury Offset Program. The Commissioner shall mail the check, payable in the name of attorney Tim Wilborn, to attorney Tim Wilborn's address, P.O. Box 2768, Oregon City, OR 97045.

IT IS SO ORDERED.

DATED this __11__ day of January, 2012.

                                                                      /s/ Malcolm F. Marsh
                                                                      Malcolm F. Marsh
                                                                      United States District Judge

1 - ORDER